UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| NICOLE BARVIE and JEFFREY HERMAN,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | Case No.: 18-CV-449-JLS (BGS)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE AND CLOSING CASE**<br><br>(ECF Nos. 1, 15) |
|---|---|

On September 21, 2018, the Court granted Defendant's motion to dismiss Plaintiffs' Complaint and granted Plaintiffs leave to file an amended complaint within thirty (30) days. *See* ECF No. 15 at 10. The Court cautioned that, "[s]hould Plaintiffs choose not to file an amended complaint by this time, this case shall be dismissed and the file closed." *Id.* As of January 23, 2019, Plaintiffs have not filed an amended complaint. Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** Plaintiffs' Complaint (ECF No. 1) in accordance with the Court's September 21, 2018 Order (ECF No. 15). The Clerk of Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: January 23, 2019

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge